IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT WILLIS,

      Plaintiff,                    No. CIV S-06-1988 MCE KJM P

    vs.

R. WEEKS,

      Defendant.              <u>ORDER</u>

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed March 7, 2007, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 form and copies of his complaint which are required to effect service on the defendants. On April 4, 2007, plaintiff submitted the complaint copies but failed to submit the proper USM-285 form.

/////
/////
/////
/////
/////

1

1         Accordingly, IT IS HEREBY ORDERED that:

2         1. The Clerk of the Court is directed to send plaintiff one blank USM-285 form;

3 and

4         2. Within thirty days, plaintiff shall submit to the court the completed USM-285

5 form required to effect service. Failure to return the copies within the specified time period will

6 result in a recommendation that this action be dismissed.

7 DATED: April 25, 2007.

8 _____
                           U.S. MAGISTRATE JUDGE

10 /mp
will1988.8f