IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL CAIN,

        Plaintiff,                    No. CIV S-06-1755 FCD KJM P

    vs.

R. CAMPBELL, Warden, et al.,

        Defendants.             ORDER

_____/

        Plaintiff has filed his third motion for an extension of time to file an amended complaint and an application to proceed in forma pauperis. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's July 30, 2007 motion for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint and an application to proceed in forma pauperis.

DATED: August 3, 2007.

                                              U.S. MAGISTRATE JUDGE

/ke
cain1755.36sec(2)