IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL CAIN,

    Plaintiff,               No. CIV S-06-1755 FCD KJM P

   vs.

R. CAMPBELL, Warden, et al.,

    Defendants.         <u>ORDER</u>

_____/

        Plaintiff has filed his fourth request for an extension of time to file an amended complaint and an application to proceed in forma pauperis pursuant to the court's order of March 29, 2007. Good cause appearing, the request will be granted. No further extensions of time will be granted.

/////
/////
/////
/////
/////
/////
/////

IT IS HEREBY ORDERED that:

1. Plaintiff's September 10, 2007 motion for an extension of time is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint and an application to proceed in forma pauperis. No further extensions of time will be granted.

DATED: September 20, 2007.

_____
U.S. MAGISTRATE JUDGE

1/mp
cain1755.36sec(3)