IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL CAIN,

        Plaintiff,                      No. CIV S-06-1755 FCD KJM P

    vs.

R. CAMPBELL, et al.,

        Defendants.           FINDINGS & RECOMMENDATIONS

_____/

        On September 21, 2007, the court ordered plaintiff to file an amended complaint and an application to proceed in forma pauperis within thirty days.[1] The thirty day period has now expired, and plaintiff has not filed an amended complaint or an IFP application.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

---

[1] On October 26, 2007, plaintiff filed a request for an extension of time to file his amended complaint and application to proceed in forma paupers despite the fact that plaintiff had been warned in the court's September 21, 2007 that no further extensions of time would be granted. Even if the court were inclined to grant plaintiff's request, the extension period has long since passed.

1

1  days after being served with these findings and recommendations, plaintiff may file written
2  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
3  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
4  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
5  F.2d 1153 (9th Cir. 1991).
6  DATED: May 2, 2008.

                                      U.S. MAGISTRATE JUDGE

1
cain1755.fta