# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**PAUL O. CAIN, ET AL.,**

CASE NO: **2:06–CV–01755–FCD–KJM**

v.

**ROSEANNE CAMPBELL, ET AL.,**

<u>XX</u> –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 08/27/08**

**Victoria C. Minor**
Clerk of Court

ENTERED: **August 27, 2008**

by: /s/ A. Benson
Deputy Clerk